# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1331**
**KA 12-00157**
PRESENT: SCUDDER, P.J., FAHEY, PERADOTTO, CARNI, AND VALENTINO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

WINFORD T.D., DEFENDANT-APPELLANT.
(APPEAL NO. 1.)

---

TIMOTHY P. DONAHER, PUBLIC DEFENDER, ROCHESTER (DREW R. DUBRIN OF COUNSEL), FOR DEFENDANT-APPELLANT.

SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (STEPHEN X. O'BRIEN OF COUNSEL), FOR RESPONDENT.

---

Appeal from an adjudication of the Monroe County Court (Stephen T. Miller, A.J.), rendered January 7, 2009. The adjudication convicted defendant, upon his plea of guilty, of robbery in the second degree as a youthful offender.

It is hereby ORDERED that the adjudication so appealed from is unanimously affirmed.

Entered:  December 27, 2013                     Frances E. Cafarell
                                                Clerk of the Court